## Philadelphia *v.* Weaver.

Argued Oct. 6, 1898. Appeal, No. 29, Oct. T., 1898, by Vulcanite Paving Company in suit of city of Philadelphia to use of Vulcanite Paving Company against Chandler Weaver, owner, from judgment of C. P. No. 3, Phila. Co., Dec. T., 1894,

No. 1055, M. L. D., on verdict for defendant. Before Rice, P. J., Reeder, Orlady, Smith, W. W. Porter and W. D. Porter, JJ. Opinion by W. D. Porter, J.

*Henry F. Walton*, with him *John K. Andre*, for appellant.

*Jos. W. Hunsicker*, for appellee.

Opinion by W. D. Porter, July 26, 1900:

This case involves the same questions presented by the record in Philadelphia for use v. Chandler Weaver and John W. Dean, in which an opinion has this day been filed.

The judgment is affirmed.